

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24cr30 SDM-NHA
18 U.S.C. § 2261A(2)
18 U.S.C. § 922(g)(1)

MARIO JEROME BENTLEY

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than in or about May 2023, and continuing through at least in or about November 2023, in the Middle District of Florida, and elsewhere, the defendant,

MARIO JEROME BENTLEY,

with the intent to harass, and intimidate, and place under surveillance with intent to harass and intimidate another person, that is, J.H., used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed that person in reasonable fear of death and serious bodily injury to that person, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person.

In violation of 18 U.S.C. § 2261A(2)(A) and (B).

## COUNT TWO

Beginning on an unknown date, but not later than in or about May 2023, and continuing through at least in or about November 2023, in the Middle District of Florida, and elsewhere, the defendant,

MARIO JEROME BENTLEY,

with the intent to harass, and intimidate, and place under surveillance with intent to harass, and intimidate another person, that is, B.G., used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed that person in reasonable fear of death and serious bodily injury to that person, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person.

In violation of 18 U.S.C. § 2261A(2)(A) and (B).

## COUNT THREE

On or about September 14, 2023, in the Middle District of Florida, the defendant,

MARIO JEROME BENTLEY,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Sale, Purchase, Manufacture, or Delivery of Cocaine within 1,000 feet of a church, on or about January 19, 2001;

2. Sale or delivery of cocaine, on or about August 20, 2022; and

    3.    Possession of Ammunition by a convicted felon and Possession of Cocaine, on or about February 23, 2022;

did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is, .32 automatic ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Count Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: .32 automatic ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty.


the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Ilyssa M. Spergel
Assistant United States Attorney

By: _____
Stacie B. Harris
Assistant United States Attorney
Chief, Special Victims Section

FORM OBD-34
January 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

MARIO JEROME BENTLEY

INDICTMENT

Violations: 18 U.S.C. § 2261A(2)
18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 22nd day

of January, 2024.

_____
Clerk

Bail $_____

GPO 863 525